

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2020

No. 04-19-00736-CV

Robyn Lynn **SHALIT** 'Cross-Appellee',
Appellant

v.

Michael Lawrence **SHALIT** 'Cross-Appellant',
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 11-177
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Kelly Grossman's notification of late record is hereby noted. The reporter's record is due no later than March 2, 2020. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court